**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RAINIE CARTER** | : |
| **c/o Justly Prudent** | : |
| **1140 3rd St., NE, Suite 2180** | : |
| **Washington, D.C. 20002,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **Case No. 1:25-cv-4512** |
| | : |
| | : |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY** | : |
| **300 7th Street, SW** | : |
| **Washington, D.C. 20024** | : |
| | : |
| **Defendant.** | : |
| | : |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY("WMATA")**

To the Judges of the United States District Court for the District of Columbia:

1.      On or about November 24, 2025, Plaintiff filed this action against WMATA in the Superior Court of the District of Columbia, in the case titled *Rainie Carter v. Washington Metropolitan Area Transit Authority,* 2025-CAB-007789.

2.      Defendant WMATA was formally served in this action on December 15, 2025.

3.      The Complaint, Summons, D.C. Sup. Ct. Information Sheet, and Accompanying Documents filed by the Plaintiff in the Superior Court of the District of Columbia and served on WMATA on December 15, 2025, are attached. These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

4.      This is a civil action over which this Court has original jurisdiction, pursuant

1

to Pub. L. No. 89-774 and D.C. CODE §9-1107.10 (81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court and allows for the removal of claims against WMATA, in state court, to this court in accordance with 28 U.S.C. §1446 (2025).

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

/s/ Michael K. Guss
Michael K. Guss #465171
Senior Counsel II
WMATA-Legal Department
P.O. Box 23768
Washington, D.C. 20026-3768
(202) 962-1468
(202) 962-2550 (facsimile)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed

and mailed by regular mail, this 29th day of December 2025, to:

Jordon D. Howlette
1140 3rd Street, NE, Suite 2180
Washington, D.C. 20002
(202) 921-6005
jordan@justlyprudent.com

<u>/s/ Michael K. Guss</u>
Michael K. Guss #465171

3